**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Tiera Perry, *on behalf of herself and others similarly situated*,<br><br>         *Plaintiff*,<br><br>  -against-<br><br>High Level Development Contracting & Security LLC and Sheldon Middleton,<br><br>         *Defendants*. | Case No. 20-cv-2180-RRM-PK<br><br>**NOTICE OF MOTION** |

**PLEASE TAKE NOTICE**, that upon the annexed Affidavit of Plaintiff Tiera Perry, sworn to September 27, 2021, the Attorney Affirmation in Support of Motion for Default Judgment, dated September 27, 2021, together with all the exhibits annexed thereto, and all other pleadings and proceedings herein, Plaintiff, Tiera Perry, respectfully moves this Court on a date to be set by the Court, in the United States District Court Eastern District of New York or by phone if directed by the Court, for the following relief: a default judgment against Defendants High Level Development Contracting & Security LLC, and Sheldon Middleton, pursuant to Rule 55(b) and award Plaintiff Tiera Perry Judgment in the amounts of: (1) $4,295.00 in unpaid overtime wages pursuant to the FLSA and NYLL; (2) $4,295.00 in liquidated damages pursuant to the FLSA; (3) pre-judgment interest at the statutory rate of 9% per annum ($1.06 per day) on unpaid overtime wages starting from June 29, 2019, and post judgment interest; (4) statutory damages under the NYLL for wage notice violations, and wage statement violations in the amount of $10,000.00; (5) $63,525.00 in back pay due to Defendant's retaliation under the FLSA and NYLL; (6) $63,525.00 in liquidated damages of back pay for unlawful retaliation

pursuant to the FLSA; (7) $5,000.00 in damages for emotional distress due to Defendant's retaliation under the FLSA and NYLL; and (8) attorneys' fees in the amount of $4,095.00, and reimbursement of expenses in the amount of $764.25.

Dated: September 27, 2021
      New York, NY

                                          Respectfully Submitted,

                                      **LAW OFFICE OF MOHAMMED GANGAT**

                                      Mohammed Gangat, Esq.,
                                      675 Third Avenue, Suite 1810
                                      New York, NY 10017
                                      (718) 669-0714
                                      mgangat@gangatpllc.com