UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
TIERA PERRY,

                           Plaintiff,                      JUDGMENT

v.                      20-CV-2180 (AMD) (PK)

HIGH LEVEL DEVELOPMENT CONTRACTING
AND SECURITY LLC and SHELDON MIDDLETON,

                           Defendants.
-----------------------------------------------------------------X

       A Memorandum and Order of the Honorable Ann M. Donnelly, United States District Judge, having been filed on April 5, 2022, adopting the Report and Recommendation of Magistrate Judge Peggy Kuo, dated March 16, 2022, which recommended that the following damages be awarded: • $4,295.00 for unpaid overtime; • $4,295.00 for liquidated damages for unpaid overtime; • $5,000.00 for failure to provide wage notices; • $5,000.00 for failure to provide wage statements; • $63,525.00 for back pay for retaliation, plus $825 per week from September 14, 2021 to the date judgment is entered; • $63,525.00 for liquidated damages for retaliation; • $3,802.50 for attorney fees; and • $764.25 for costs; also awarding prejudgment interest at the rate of $1.06 per day from June 29, 2019 through the entry of judgment, post-judgment interest at the statutory rate, and a fifteen-percent increase penalty if damages under the NYLL are not paid within ninety days of judgment or the expiration of time to appeal; and the Clerk of Court having calculated the interests at the rates set forth above, and the interests being $23,925 and 1,072.72; it is

       ORDERED and ADJUDGED that plaintiff's motion for default judgment is granted; and that default judgment is hereby entered in favor of plaintiff and against defendants jointly and severally, in the total amount of $175,204.47, plus post-judgment interest at the statutory rate,

and a fifteen-percent increase penalty if damages under the NYLL are not paid within ninety days of judgment or the expiration of time to appeal.

Dated: Brooklyn, New York  
      April 6, 2022

Brenna B. Mahoney  
Clerk of Court

By: */s/Jalitza Poveda*  
     Deputy Clerk